IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EASTERLING,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHERIFF R. PIERCE, et al.,<br><br>    Defendants.<br>_____/ | 1:05-CV-00395 REC DLB P<br><br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

       Plaintiff, a former prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2005, the court issued an order severing plaintiff's case from 1:04-cv-6369 REC DLB P, and directed plaintiff to file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On May 6, 2005, plaintiff filed a notice of change of address, indicating that he was released from custody. Due to his release, the court requires that plaintiff file a new application to proceed in forma pauperis **by a non-prisoner**. Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis by a non-prisoner, **or** pay the $150.00 filing fee.

       Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

2.    Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $150.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 12, 2005**            /s/ Dennis L. Beck
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE