UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EASTERLING,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERIFF R. PIERCE, et al.,<br><br>    Defendants._____/ | 1:05-cv-00395-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 8)<br><br>**ORDER DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |

    Plaintiff, Christopher Easterling ("plaintiff"), proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 4, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

1  //

2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendation to
6  be supported by the record and by proper analysis.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1.   The Findings and Recommendation, filed August 4, 2005,
9  are ADOPTED IN FULL; and,
10     2.   This action is DISMISSED based on plaintiff's failure
11 to obey the court's order of May 12, 2005.
12     3.   The Clerk of the Court is directed to enter judgment
13 for defendants.
14 IT IS SO ORDERED.
15 **Dated:  September 7, 2005**           /s/ Robert E. Coyle
   668554                          UNITED STATES DISTRICT JUDGE